IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANK MOYA**                                                                                                **PLAINTIFF**
**ADC #118712**

v.                                       Case No. 4:20-cv-01123-LPR

**LINCOLN COUNTY DETENTION CENTER**                              **DEFENDANT**

## JUDGMENT

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that Plaintiff Frank Moya's Amended Complaint is dismissed without prejudice. (Doc. 4). This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 2nd day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE